| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102     ***E-FILED - 12/4/08*** <br>Telephone: (415) 436-7124 |
| 7 | FAX: (415) 436-7169 |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HONG LIN ZHOU, | ) | |
|  | ) | No. C 08-4523 RMW |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | **STIPULATION TO EXTEND TIME** |
|  | ) | **WITHIN WHICH THE DEFENDANTS** |
| MICHAEL CHERTOFF, Secretary of the | ) | **MUST FILE AN ANSWER** |
| Department of Homeland Security; | ) | **AND ORDER** |
| MICHAEL MUKASEY, U.S. Attorney General; | ) | |
| EMILIO T. GONZALEZ, USCIS Director; | ) | |
| DAVID ROARK, Director of the USCIS | ) | |
| Texas Service Center; | ) | |
| CONDOLEEZZA RICE, Secretary of State of | ) | |
| Department of State, | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time within which the Defendants must serve its answer in the above-entitled action. The Defendants will file their answer on or before January 5, 2009.

///

///

///

Stipulation to Extend Time
C08-4523 RMW                                                      1

| | | |
|---|---|---|
| 1 | Dated: November 26, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>ILA C. DEISS[1] |
| 6 | | Assistant United States Attorney<br>Attorney for Defendants |
| 7 | | |
| 8 | | |
| 9 | Dated: November 26, 2008 | _____/s/_____<br>JAMES CAI |
| 10 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/4/08        *Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efile document.

Stipulation to Extend Time
C08-4523 RMW                                    2