**E-FILED on**   7/24/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HONG LIN ZHOU, | No. C-08-04523 RMW |
|     Plaintiff, | |
|   v. | JUDGMENT |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; MICHAEL MUKASEY, U.S. Attorney General; EMILIO T. GONZALEZ, USCIS Director; DAVID ROARK, Director of the USCIS Texas Service Center; CONDOLEEZA RICE, Secretary of State of Department of State, | |
|     Defendants. | |

On July 24, 2009, the court granted defendants' motion to dismiss this action. Therefore,

IT IS HEREBY ORDERED that plaintiff's complaint for a writ of mandamus and declaratory relief is dismissed for lack of subject matter jurisdiction and judgment is hereby entered in favor of defendants.

DATED:   7/24/09

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-04523 RMW
EHM

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  **Jingming James Cai**          jcai@sacattorneys.com

6
7  **Counsel for Defendants:**

8  **Ila Casy Deiss**          ila.deiss@usdoj.gov

12 Counsel are responsible for distributing copies of this document to co-counsel that have not
13 registered for e-filing under the court's CM/ECF program.

16  **Dated:**     7/24/09                                    TER
                                                    **Chambers of Judge Whyte**

JUDGMENT—No. C-08-04523 RMW
EHM                                              2